```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                         EASTERN DIVISION
```

| | |
|---|---|
| **TORELL L. WILSON,** | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 21-cv-01201-STA-tmp |
| | ) |
| **KILOLO KIJAKAZI,** | ) |
| **ACTING COMMISSIONER OF** | ) |
| **SOCIAL SECURITY,** | ) |
| | ) |
|     Defendant. | ) |

## REPORT AND RECOMMENDATION

Before the court is claimant Torell L. Wilson's motion to dismiss filed on February 20, 2022. (ECF No. 9.) Pursuant to Administrative Order No. 2013-05, this case has been referred to the United States magistrate judge for management and for all pretrial matters for determination or report and recommendation, as appropriate.

On December 6, 2021, Wilson filed a *pro se* complaint for judicial review of a social security decision. On the same day, he filed a motion to proceed *in forma pauperis*. (ECF Nos. 1 & 2.) The court granted the motion to proceed *in forma pauperis* and directed the Clerk's office to issue service of process. (ECF No. 5.) The Clerk's Office issued summons on December 16, 2021, and on February 8, 2022, the summons was returned executed. (ECF Nos. 6 & 8.) On February 20,

2022, Wilson entered a filing which stated in its entirety, "Comes now claimant Wilson to file for dism[iss]al of claim pursuant to rule of Court." (ECF No. 9.) The court construes this filing as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a). A plaintiff "may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). "Unless the notice or stipulation states otherwise, the dismissal is without prejudice." Id. at 41(a)(1)(B). Because the opposing party has not yet responded in the case at hand, the undersigned recommends dismissal without prejudice under Rule 41(a).

Respectfully submitted,

s/ Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

February 23, 2022
Date

**NOTICE**

**WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THIS REPORT AND RECOMMENDED DISPOSITION, ANY PARTY MAY SERVE AND FILE SPECIFIC WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS. ANY PARTY MAY RESPOND TO ANOTHER PARTY'S OBJECTIONS WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2); L.R. 72.1(g)(2). FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND FURTHER APPEAL.**