# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| TORELL L. WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No: 1:21-cv-01201-STA-tmp |
| ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this action to obtain judicial review of Defendant Commissioner's final decision denying his application for benefits under the Social Security Act. Plaintiff has filed a document requesting that his complaint be dismissed (ECF No. 9), and Chief Magistrate Judge Tu M. Pham has recommended that the request be granted and the complaint be dismissed without prejudice under Fed. R. Civ. P. 41(a). (ECF No. 10.) No objections have been filed.

Accordingly, the report and recommendation is **ADOPTED**, Plaintiff's motion for discovery (ECF No. 7) and motion to dismiss (ECF No. 9) are **GRANTED**, and the case is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: March 16, 2022